UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MARK MILLER,                            )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        Civil Action No. 09-513 (PLF)
                                        )
FEDERAL BUREAU OF PRISONS *et al.*,     )
                                        )
        Defendants.                     )
_____ )


## ORDER

For the reasons stated in the accompanying opinion, it is hereby

ORDERED that the defendants' motion to dismiss or for summary judgment [9, 10] is GRANTED, and JUDGMENT is awarded to the defendants; and it is

FURTHER ORDERED that the plaintiff's motion to initiate criminal proceedings [14] is DENIED.

The Clerk of the Court shall remove this case from the docket of the Court. This is a final, appealable order. *See* Fed. R. App. P. 4(a).


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATED: March 29, 2010